**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
_____

BP PRODUCTS NORTH AMERICA INC.,
A Maryland corporation,

        Plaintiff,

  vs.                                            Civil Action No. 07-C-01085

BULK PETROLEUM CORPORATION,
A Delaware corporation.

        Defendant.

## **CONSOLIDATED WITH**

BULK PETROLEUM CORPORATION,
A Delaware corporation,

        Plaintiff and Counter-Defendant,

  vs.                                            Civil Action No. 07-C-01090

BP PRODUCTS NORTH AMERICA INC.,
A Maryland corporation,

        Defendant, Counter-Plaintiff and
        Third-Party Plaintiff,

  vs.

DARSHAN DHALIWAL, an individual,

  and

BULK PETROLEUM KENTUCKY
PROPERTIES, LLC,
A Wisconsin company,

        Third-Party Defendants.

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

This matter having come before the Court upon BP Products North America Inc.'s Motion to Dismiss With Prejudice, and with notice to all parties, and the Court being advised of the premises,

**IT IS HEREBY ORDERED** that this action in its entirety shall be and hereby is, dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the District Court will retain jurisdiction to enforce the terms of the Stipulated Protective Order entered on May 8, 2008.

**SO ORDERED**.

>        *s/ Rudolph T. Randa*
>        HON. RUDOLPH T. RANDA
>        United States District Court
>        Eastern District of Wisconsin

DATE: July 21, 2010